**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | |
| MOTION TO UNSEAL SEARCH WARRANTS ) | No. 1:25-mc-00022-TWP-TAB |
| ) | |

**ORDER DIRECTING APPEARANCE AND RESPONSE**

Riana Pfefferkorn, a researcher at Stanford University, has filed a Motion to Unseal Search Warrant in this miscellaneous case. (Dkt. 1). Specifically, she asks the Court to unseal two recently executed search warrants which she believes were issued by a judge of this Court.

The United States Attorney is ordered to appear for the limited purpose of responding to the Motion, and file a response, **by April 17, 2025.** Ms. Pfefferkorn shall have **7 days** to reply. The **clerk is directed** to provide a courtesy copy of the Motion, (Dkt. 1), and this Order to the United States Attorney's Office for the Southern District of Indiana.

**IT IS SO ORDERED**

Date: April 2, 2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

RIANA PFEFFERKORN
353 Jane Stanford Way
Stanford, CA 94305

Courtesy Copy to:

**Shelese M. Woods**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

**Nicholas J. Linder**
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
nick.linder@usdoj.gov