UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: MOTION TO UNSEAL SEARCH WARRANTS | ) ) ) ) ) Cause No. 1:25-mc-22-TWP-TAB |

**APPEARANCE**

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Kathryn E. Olivier, Assistant United States Attorney for the Southern District of Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   /s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record operation of the Court's electronic filing system. In addition, notice of this filing was sent to the following party by First-class United States Mail, postage prepaid and properly addressed to:

Riana Pfefferkorn
353 Jane Stanford Way
Stanford, CA 94305

By: /s/ Kathryn E. Olivier
Kathryn E. Olivier
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
Email: Kathryn.Olivier@usdoj.gov