UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: MOTION TO UNSEAL SEARCH WARRANTS ) ) ) ) | Cause No. 1:25-mc-22-TWP-TAB |

### Notice of Limited Appearance for Amicus Curiae

Jason M. Covert of the law firm Taft Stettinius & Hollister LLP, hereby enters his limited appearance on behalf of Amicus Curiae, Dr. XiaoFeng Wang and Nianli Ma, in the above captioned matter.

Dated: June 2, 2025.

Respectfully submitted,

/s/ *Jason M. Covert*
Jason M. Covert, Attorney No. 29268-53
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
P: (317) 713-3500
F: (317) 713-3699
E: jcovert@taftlaw.com

*Attorneys for Amicus Curiae Dr. XiaoFeng Wang and Nianli Ma*

173221518v1

## **CERTIFICATE OF SERVICE**

I hereby certify that of a copy of the foregoing has been filed electronically on June 2, 2025, with the following parties receiving notice via ECF:

Riana Pfefferkorn
353 Jane Stanford Way
Stanford, CA 94305

Kathryn E. Olivier
Matthew Rinka
Assistant United States Attorneys
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204-3048

/s/ *Jason M. Covert*

173221518v1