UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: MOTION TO UNSEAL SEARCH WARRANTS ) ) ) ) ) | Cause No. 1:25-mc-22-TWP-TAB |

_____

## ORDER GRANTING DR. XIAOFENG WANG'S AND NIANLI MA'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE

Dr. XiaoFeng Wang and Nianli Ma, by counsel, filed their Motion for Leave to Appear as *Amicus Curiae* and attached their proposed brief accordingly. The Petitioner does not object to this motion and the Government takes no position. The Court being duly advised, hereby GRANTS said Motion.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Dr. XiaoFeng Wang and Nianli Ma are permitted to participate in this matter as *amicus curiae*. They are ordered to file their *amicus curiae* brief on the docket by June 4, 2025.

SO ORDERED _____.

Date: _____                    _____
                                     JUDGE, United States District Court
                                     Southern District of Indiana

DISTRIBUTION: All Counsel of Record

173222019v1