UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MOTION TO UNSEAL SEARCH WARRANTS ) | No. 1:25-mc-00022-TWP-TAB |
| ) | |

### ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE

Dr. XiaoFeng Wang and Nianli Ma, by counsel, filed their Motion for Leave to Appear as *Amicus Curiae* and attached their proposed brief accordingly. The Petitioner does not object to this motion and the Government takes no position. The motion, dkt. [16], is **granted**.

Dr. XiaoFeng Wang and Nianli Ma are permitted to participate in this matter as *amicus curiae*. The **clerk is directed to** re-docket the proposed brief, dkt. 16-2, as Amicus Curiae Brief.

**SO ORDERED.**

Date: 7/3/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

RIANA PFEFFERKORN
353 Jane Stanford Way
Stanford, CA 94305

Jackie M. Bennett, Jr.
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jbennett@taftlaw.com

Jason M. Covert
Taft Stettinius & Hollister LLP
jcovert@taftlaw.com

Kathryn E. Olivier
DOJ-USAO
kathryn.olivier@usdoj.gov

Matthew Rinka
United States Attorney's Office
matthew.rinka@usdoj.gov

Case 1:25-mc-00022-TWP-TAB   Document 17   Filed 07/07/25   Page 2 of 2 PageID #: 383