July 18, 2025

Kristine L. Seufert, Clerk of Court
United States District Court
for the Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

<div style="border: 2px solid red;">

**FILED**

**07/18/2025**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

</div>

RE:    *In re Motion to Unseal Search Warrants*, No. 1:25-mc-22

Dear Ms. Seufert,

Movant Riana Pfefferkorn brings the Court's attention to a motion filed by the United States on July 18, 2025, requesting that the United States District Court for the Southern District of New York release grand jury materials in a high-profile criminal case. In the motion, the Government stated, "Given the public interest in the investigative work conducted by the Department of Justice and Federal Bureau of Investigation into Epstein, the Department of Justice moves the Court to unseal the underlying grand jury transcripts in *United States v. Epstein*, subject to appropriate redactions . . . ."[1] The filing is relevant because it seeks relief similar to that sought by Movant in the above-captioned instant matter, and for the same reasons.

Movant seeks to unseal sealed search warrants filed in this Court circa March 2025, with appropriate redactions. (D.I. 1 at 3.) In support, Movant cited the "intense public interest in this matter" (*id.* at 1), which involves two erstwhile Indiana University employees (now *amicus curiae*, D.I. 18). The Government opposed unsealing, citing Seventh Circuit authority about "the likelihood that the secrecy of grand jury proceedings would be violated." (D.I. 6 at 2) (citation omitted). In another filing, the Government again cited the "centuries-old requirement of grand jury secrecy" and claimed that "if or when evidence is presented to the grand jury for consideration, the unsealing of the affidavits will have publicly disclosed material presented to the grand jury." (D.I. 9 at 9) (cleaned up). The United States further opposed releasing even redacted versions of the search warrant materials. (*Id.* at 7.)

The filing in the Epstein matter shows that the Government supports the unsealing of sealed court records, including grand jury materials, with appropriate redactions in matters of significant public interest.

Respectfully submitted,
/s/ Riana Pfefferkorn
Riana Pfefferkorn
353 Jane Stanford Way
Stanford, CA 94305
*Pro Se*

---

[1] U.S. Mot. to Unseal Grand Jury Transcripts, Docket Item (D.I.) 61 at 1–2, *United States v. Epstein*, No. 19-cr-490 (S.D.N.Y. motion filed July 18, 2025), *available at* https://storage.courtlistener.com/recap/gov.uscourts.nysd.518648/gov.uscourts.nysd.518648.61.0.pdf.

cc via U.S. Mail:

Kathryn E. Olivier
DOJ-USAO
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Jason M. Covert
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204