RIANA PFEFFERKORN
riana@stanford.edu
353 Jane Stanford Way
Stanford, CA 94305
Telephone: (650) 724-6814

*Pro Se*

**FILED**

**09/03/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: MOTION TO UNSEAL SEARCH WARRANTS | No. 1:25-mc-22-TWP-TAB |

**MOVANT'S MOTION FOR STATUS UPDATE**

On April 1, 2025, *pro se* Movant Riana Pfefferkorn moved to unseal the search warrants for the homes of former Indiana University ("IU") employees Xiaofeng Wang and Nianli Ma. (Docket Item ["D.I."] 1.) Later in April, the Court ordered the government to respond (D.I. 2), the government did so (D.I. 6), and Movant filed a reply (D.I. 7). In May 2025, the Court issued a show-cause order (D.I. 8) to which the government responded (D.I. 9). In June 2025, Wang and Ma moved to file an *amicus curiae* brief. (D.I. 16, 18.) The Court granted their motion in July 2025 (D.I. 17), and Movant filed a notice of supplemental authority later in July. (D.I. 19.)

It has now been five months since Movant filed the motion, of which the matter has stood submitted for the past two. No further information has been requested by the Court of any party. Meanwhile, each additional day the warrants remain sealed perpetuates the violation of Movant's and the public's rights of access to court records and thickens the cloud of rumor and speculation that has hung over Wang and Ma since the beginning of their ordeal (*see* D.I. 18).

Movant therefore respectfully requests a status update from the Court on the Motion.

                                                              Respectfully submitted,

Dated: September 3, 2025                  /s/ Riana Pfefferkorn
                                                RIANA PFEFFERKORN

                                                *Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, a copy of the foregoing was filed through the Court's Electronic Document Submission website (also known as "the Web Portal"), located at https://tools.insd.uscourts.gov/filings_form/. Following receipt by the Clerk's Office of the Web Portal submission, the docketing by Clerk's Office staff of the foregoing document into CM/ECF shall cause notice of this filing to be transmitted to counsel of record by operation of the Court's CM/ECF system. In addition, notice of this filing was sent by First-Class United States Mail, postage prepaid and properly addressed to:

Kathryn E. Olivier
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, IN 46204

Jason M. Covert
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
*Attorney for Amici Curiae Dr. XiaoFeng Wang and Nianli Ma*

/s/ Riana Pfefferkorn
RIANA PFEFFERKORN

353 Jane Stanford Way
Stanford, CA 94305
Telephone: (650) 724-6814
Email: riana@stanford.edu

*Pro Se* Movant