UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: MOTION TO UNSEAL SEARCH WARRANTS | ) <br> ) <br> ) Cause No. 1:25-mc-22-TWP-TAB <br> ) |

**<u>MOTION TO SEAL DOCUMENT</u>**

The United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Kathryn E. Olivier, Assistant United States Attorney, and respectfully moves the Court to seal Docket No. 22 under this cause number, which was filed with this Court on December 22, 2025. The status report contains confidential information, not known to the public, regarding the status of an ongoing FBI investigation.

WHEREFORE, the Government requests the Court to enter an Order sealing this document.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney

By:   /s/ Kathryn E. Olivier
      Kathryn E. Olivier
      Assistant United States Attorney
      United States Attorney's Office
      10 West Market Street, Suite 2100
      Indianapolis, Indiana 46204
      Telephone: (317) 226-6333
      Email:   Kathryn.Olivier@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:  /s/ Kathryn E. Olivier
     Kathryn E. Olivier
     Assistant United States Attorney