UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: MOTION TO UNSEAL SEARCH
WARRANTS

) 
)
) Cause No. 1:25-mc-22-TWP-TAB
)

## ORDER ON MOTION TO SEAL DOCUMENT

This matter is before the Court on the Motion of the United States requesting the

Court to issuean Order to seal Docket No. 22.

Having considered the Government's request, the Court hereby GRANTS this

motion and the docket is SEALED.

SO ORDERED.

Distribution to all electronically registered counsel of record via CM/ECF