UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MOTION TO UNSEAL SEARCH WARRANTS | ) | No. 1:25-mc-00022-TWP-TAB |
| | ) | |

## ORDER

This matter is before the Court on the United States of America's Motion to Seal Document Report. (Dkt. 23). The United States moves to seal Docket No. 22 as it contains confidential information, not known to the public. *Id*. The Court previously ordered that the Docket 22, the status report be maintained under ex parte restrictions. *See* Dkt. 21. Thus, the status report is only accessible by the Court and the Government as it is currently filed. Accordingly, the Motion to Seal Document, Dkt. [23] is **DENIED** as moot.

In addition, the United States is **directed** to again report to the Court ex parte, the status of its investigation within **42 days** of this order.

**IT IS SO ORDERED**

Date: 5/6/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

RIANA PFEFFERKORN
353 Jane Stanford Way
Stanford, CA 94305

Jackie M. Bennett, Jr.
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jbennett@taftlaw.com

Jason M. Covert
Taft Stettinius & Hollister LLP
jcovert@taftlaw.com

Kathryn E. Olivier
DOJ-USAO
kathryn.olivier@usdoj.gov

Matthew Rinka
DOJ-USAO
matthew.rinka@usdoj.gov