UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re:                                             )
                                                   )
MOTION TO UNSEAL SEARCH WARRANTS     )          No. 1:25-mc-00022-TWP-TAB
                                                   )

**ORDER**

The Court acknowledges receipt of the Government's ex parte status report on June 16, 2026, and directs the Government to continue to provide ex parte status updates every **90 days** until its investigation is completed. The next report shall be filed by **September 18, 2026**.

**IT IS SO ORDERED.**

Date: 6/18/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

RIANA PFEFFERKORN
353 Jane Stanford Way
Stanford, CA 94305

Jackie M. Bennett, Jr.
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jbennett@taftlaw.com

Jason M. Covert
Taft Stettinius & Hollister LLP
jcovert@taftlaw.com

Kathryn E. Olivier
DOJ-USAO
kathryn.olivier@usdoj.gov

Matthew Rinka
DOJ-USAO
matthew.rinka@usdoj.gov