UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MOTION TO UNSEAL SEARCH WARRANTS | ) | No. 1:25-mc-00022-TWP-TAB |
| | ) | |

**ORDER**

The Court acknowledges receipt of the Government's ex parte status report on September 18, 2026, and directs the Government to continue to provide ex parte status updates every **90 da**ys until its investigation is completed. The next report shall be filed by **December 18, 2026**.

**IT IS SO ORDERED.**

Date: September 21, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

RIANA PFEFFERKORN
353 Jane Stanford Way
Stanford, CA 94305

Jackie M. Bennett, Jr.
TAFT STETTINIUS & HOLLISTER LLP (Indianapolis)
jbennett@taftlaw.com

Jason M. Covert
Taft Stettinius & Hollister LLP
jcovert@taftlaw.com

Kathryn E. Olivier
DOJ-USAO
kathryn.olivier@usdoj.gov

Matthew Rinka
DOJ-USAO
matthew.rinka@usdoj.gov